1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    PAO YANG,                                      No. C 12-05224 SBA (PR)

4              Petitioner,                          **ORDER GRANTING *IN FORMA***
                                                    ***PAUPERIS* STATUS; DISMISSING**
5     v.                                            **PETITION WITH PREJUDICE;**
                                                    **AND DENYING CERTIFICATE OF**
6    RANDY GROUNDS, Warden,                         **APPEALABILITY**

7              Respondent.
                                              /

8

9          Petitioner, a state prisoner, filed a second pro se petition for writ of habeas corpus pursuant to

10   28 U.S.C. § 2254 challenging a March 11, 2010 disciplinary hearing and forfeiture of good time

11   credits.  He has also filed an application for leave to proceed in forma pauperis (IFP).

12         Based solely on Petitioner's lack of financial resources, his application to proceed IFP is

13   GRANTED.  (Dkt. 2.)

14         Petitioner has filed a previous petition for a writ of habeas corpus with this Court, filed on

15   December 19, 2011, challenging the same disciplinary hearing and forfeiture of good time credits.

16   See Case No. C 11-6414 SBA (PR).  The Court has compared the two separately-filed petitions, and

17   they appear to contain the same claims.

18         For the foregoing reasons, the instant petition is DISMISSED as a duplicate petition to Case

19   No. C 11-6414 SBA (PR).  All claims relating to Petitioner's March 11, 2010 disciplinary hearing

20   and forfeiture of good time credits must be brought and litigated in Case No. C 11-6414 SBA (PR).

21   The Court will review Petitioner's claims in a separate written Order in Case No. C 11-6414 SBA

22   (PR).

23                                        **CONCLUSION**

24         For the foregoing reasons, Petitioner's application to proceed IFP (Dkt. 2) is GRANTED.

25   The petition is DISMISSED WITH PREJUDICE as duplicative.

26         Further, a certificate of appealability (COA) is DENIED.  See Rule 11(a) of the Rules

27   Governing Section 2254 Cases.  For the reasons stated above, Petitioner has not shown "that jurists

28   of reason would find it debatable whether the district court was correct in its procedural ruling."

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Petitioner may not appeal the denial of a COA in this

2  Court but may seek a certificate from the court of appeals under Rule 22 of the Federal Rules of

3  Appellate Procedure.  See Rule 11(a) of the Rules Governing Section 2254 Cases.

4        The Clerk of the Court shall enter judgment in accordance with this Order, terminate all other

5  pending motions, and close the file.

6        IT IS SO ORDERED.

7  DATED:   6/12/13

SAUNDRA BROWN ARMSTRONG
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.12\Yang 12-5224.Dis Dupl.wpd          2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  PAO YANG,                                          Case Number: CV12-05224 SBA

7           Plaintiff,                                **CERTIFICATE OF SERVICE**

8     v.

9  RANDY GROUNDS et al,

10           Defendant.
                                            /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on June 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
14  in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
15  office.

16

17
    Pao Yang P04748
18  Correctional Training Facility - Central Facility
    P.O. Box 689
19  Soledad, CA 93960-0689

20  Dated: June 12, 2013
                                            Richard W. Wieking, Clerk
21                                          By: Lisa Clark, Deputy Clerk

22

23

24

25

26

27

28
    G:\PRO-SE\SBA\HC.12\Yang 12-5224.Dis Dupl.wpd          3